1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  GARY G. FRY (CABN 85582)
   THOMAS A. COLTHURST (CABN 99493)
5  Assistant United States Attorneys

6     150 Almaden Boulevard, Suite 900
      San Jose, California 95113
7     Telephone: (408) 535-5061
      Fax: (408) 535-5066
8
   Attorneys for the United States of America
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                   SAN JOSE  DIVISION

13  UNITED STATES OF AMERICA,        )   No. CR 02-20085-JF
                                     )
14          Plaintiff,               )
                                     )
15      v.                           )   NOTICE OF DISMISSAL
                                     )
16  CARINA VASQUEZ,                  )
                                     )   (San Jose Venue)
17          Defendant.               )
                                     )
18  _____ )

19      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20  United States Attorney for the Northern District of California dismisses the above indictment

21  without prejudice and moves that the Court quash the arrest warrant issued in connection with

22  the indictment in this case.

23  DATED: December 31, 2009            Respectfully submitted,

24                                      JOSEPH P. RUSSONIELLO
                                        United States Attorney
25

26                                        /s/  Brian J. Stretch
                                        _____
27                                      BRIAN J. STRETCH
                                        Chief, Criminal Division
28

NOTICE OF DISMISSAL (CR 02-20085-JF)

1    Leave is granted to the government to dismiss the indictment.

Date: _1/5/10_____

_____
The Honorable Jeremy Fogel
United States District Judge